UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL JENNERJAHN,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants. | Case No. CV 15-00263-JFW (GJS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all pleadings and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed.

　　　The Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: the Motion to Dismiss Case filed by Defendant City of Los Angeles [Dkt. No. 8] is GRANTED; the Complaint is dismissed, with leave to amend, pursuant to Rules 8 and 12(b)(6)(6) of the Federal Rules of Civil Procedure; and Plaintiff shall file and serve his First Amended Complaint within sixty (60) days of this Order.

DATED: September 1, 2015.　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE