UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-00263-JFW (GJS) | Date | May 11, 2016 |
|---|---|---|---|
| Title | Phil Jennerjahn v. City of Los Angeles, et al. | | |

| Present: | Hon. Gail J. Standish, United States Magistrate Judge | |
|---|---|---|
| E. Carson | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| None present | | None present |

**Proceedings:**   (IN CHAMBERS) Order to Show Cause Re: Possible Dismissal

On April 5, 2016, United States District Judge John F. Walter dismissed the First Amended Complaint with leave to amend, and directed that Plaintiff file his Second Amended Complaint within 30 days ("April 5 Order"). It is now six days past the deadline for filing the Second Amended Complaint, and Plaintiff has neither filed the Second Amended Complaint nor requested an extension of time to do so. It may be that Plaintiff no longer is prosecuting this case.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this case should not be dismissed, without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. If he wishes to pursue this action, within ten (10) days of this Order, Plaintiff shall either file and serve a response to this Order explaining his failure to comply with the District Judge's April 5 Order, or file and serve a Second Amended Complaint that complies with the April 5 Order. Plaintiff is cautioned that the failure to comply with this Order will be deemed to constitute his consent to the dismissal of this case, without prejudice.

**IT IS SO ORDERED.**

Initials of preparer  _efc_