JS-6

FILED
CLERK, U.S. DISTRICT COURT

6/1/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL JENNERJAHN,<br>　　　　Plaintiff<br>　　v.<br>CITY OF LOS ANGELES, et al.,<br>　　　　Defendants. | Case No. CV 15-263-JFW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: June 1, 2016

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE